IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHLEEN KELLEHER | : | CIVIL ACTION |
| | : | NO. 08-05277 |
| v. | : | |
| | : | |
| DUNHAM D & M, L.L.C | : | |

ORDER

AND NOW, this 15th day of October 2009, upon consideration of defendant's motion for summary judgment, plaintiff's response, defendant's reply and all attached exhibits it is ORDERED that defendant's motion is GRANTED and judgment is ENTERED in favor of defendant.

/s/ THOMAS N. O'NEILL, JR.
THOMAS N. O'NEILL, JR., J.